

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00609-CV

Wendy Lee Kyle
v.
H.T. Strasburger, individually and in his capacity as a member of the board of directors of Fidelity Bank of Texas, and as a member of Tuition LLC; Shirley Strasburger, individually and in her capacity as vice-chair of the board of directors of Fidelity Bank of Texas, and as member of the Tuition LLC; Terry Whitley, individually and in his capacity as president and member of the board of directors of Fidelity Bank of Texas; Fidelity Bank of Texas; Tuition LLC

On appeal from the
250th District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-003244

## JUDGMENT

The judgment issued by this Court on December 28, 2018, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

April 4, 2019